UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF OKLAHOMA

IN RE: JOLENE SHANAE COOK

Debtor.

Bk. Case No. 18-80032
CHAPTER 13

ENTRY OF APPEARANCE AND
REQUEST FOR NOTICES

SHAPIRO & CEJDA, LLC, Attorney for JPMorgan Chase Bank, National Association, a party in interest in the above-captioned case, hereby gives notice of its appearance in said case.

Further, the above-named party in interest hereby requests that the Clerk of the above-named Court counsel for Debtor(s), Trustee, and any other party mailing notices in this case, mail to said counsel copies of any and all notices hereinafter given in this case in accordance with Bankruptcy Rule 2002, or otherwise.

DATED this 2nd day of February, 2018.

SHAPIRO & CEJDA, LLC

BY: _s/Kirk J. Cejda_____
Kirk J. Cejda #12241
770 NE 63rd St
Oklahoma City, OK 73105-6431
(405)848-1819
Attorney for JPMorgan Chase Bank, National Association
(405)848-2009 (Facsimile No.)
okecfeastern@logs.com

CERTIFICATE OF MAILING

The undersigned hereby certifies that on the 2nd of February, 2018, the foregoing Entry of Appearance was mailed to the following parties, to-wit: Jolene Shanae Cook, 3010 Aspen Drive, Tahlequah, OK 74464, (Debtor), and service by the system to Stephen F. Bulleigh, (Attorney for Debtor), William M. Bonney, (Trustee).

_s/Kirk J. Cejda_____
Kirk J. Cejda #12241

File No. 17-132202